417 A.2d 762

Pine Tree Glen, Inc. v. Conshohocken Fed. S&L Assn. et al.

Appeal of Galia.

Submitted June 19, 1978. James Cunilio, for appellant; Rodger L. Mutzel, for appellees Conshohocken Federal Savings & Loan Association and Gunning; no appearance entered nor brief submitted on behalf of appellee Salamone.

Order affirmed.